FILED - GR
November 27, 2012 10:51 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY JEM / SCANNED BY: US /11/27

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY KEITH SLEIGHTER,

    Plaintiff,

    Case No. 1:12-cv-1008

    Honorable Janet T. Neff

v.

KENT COUNTY CORRECTIONAL FACILITY ADMINISTRATION,
UNDER SHERIFF HESS and CAPTAIN RANDY DEMORY,

    Defendants.

## MOTION TO INFORM

This motion is to notify both the United Stated District Court Clerk and the defendants that I, the plaintiff, have changed my address from the Kent County Jail, 703 Ball, N.E., Grand Rapids, Michigan ~~49548~~ to
82 50th St. S.W., Apt. 323, Wyoming, Michigan 49548.

Date: November 25, 2012

*Bradley K Sleighter*
BRADLEY KEITH SLEIGHTER
PLAINTIFF