4 Filed 01/30/13 Page 1 of 1 Page ID#75

ES DISTRICT COURT
STRICT OF MICHIGAN
ERN DIVISION

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN N.W.
GRAND RAPIDS, MICHIGAN 49503-2363

OFFICIAL BUSINESS

**FILED - GR**
February 11, 2013 1:00 PM
TRACEY CORDES CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: aid / _____ SCANNED BY VS 2/11

Case No. 1:12-cv-01008-GJQ-ESC

Hon. Gordon J. Quist

ON,

___/

RETURN TO SENDER
FROM KENT COUNTY JAIL
INMATE NOT HERE

Bradley Keith Slei...
Kent (MCJ)
Kent C... Correctional Facility
... Ave. NE
Grand ...

RDER

applicable court rules, the court GRANTS
o Treat December 26, 2012 Subpoena As a

/s/ Ellen S. Carmody
ELLEN S. CARMODY
U.S. Magistrate Judge

Hasler
$00.460
Mailed From 49503
01/31/2013
US POSTAGE
016H2651029A