FILED - GR
March 8, 2013 10:53 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY ___mf___/___ SCANNED BY /\\S 3/8

# UNITED STATES OF AMERICA
# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**BRADLEY KEITH SLEIGHTER,**

    Plaintiff,

Case No. 1:12-cv-1008

Honorable Judge:
GORDON J. QUIST

v.

**KENT COUNTY CORRECTIONAL**
**FACILITY ADMINISTRATION, and**
**CORIZON MEDICAL SERVICES**

    Defendants.

## MOTION TO DISMISS CORIZON MEDICAL SERVICES AS DEFENDANTS

### STATEMENT OF FACT

1. Plaintiff filed a complaint under the provisions of 42 USC § 1983 against Kent County Jail Administration and named Corizon Medical Services as codefendants.

    a. Complaint filed 9/20/2012

2. Plaintiff, pro se, in forma pauperis, dismisses based upon legal research, that was not available while incarcerated, and has determined that Corizon Medical Services does not meet the criteria to sustain prosecution under the provisions of 42 USC § 1983, specifically;

    a. Corizon does not meet the definition of a "person", who

    b. acted "under the color of law", and

    c. was not the moving party that caused a violation of the Plaintiff's civil rights.

   3. Therefore, the Plaintiff respectfully requests that the Court excuse Corizon Medical Services from prosecution of the information set forth in case number 1:12-cv-1008.

     a. The Plaintiff asks that the Court dismiss Corizon Medical Services, without prejudice.

   4. The Plaintiff maintains all other prosecution(s) in case number 1:12-cv-1008.

Dated: March 6, 2013

                **/s/ Bradley Keith Sleighter**

                Bradley Keith Sleighter
                82 50th Street SW, Apt. 323
                Wyoming, Michigan 49548

                Phone: (616) 805-0885
                Email: bradsleighter@gmail.com

## CERTIFICATE OF SERVICE

   I, the plaintiff, certify that on March 7th, 2013, a true and correct *copy of* "Motion to Dismiss Corizon Medical Services as Defendants", was sent by electronic email to attorney Kimberly Koester (P48967) at: kkoester@chapmanlawgroup.com and that a true and correct copy was placed in the US mail, postage prepaid, to The US District Court, 110 Michigan NW, Grand Rapids, Michigan 49503.

Mailed by:             **/s/ Kathie Moore**

                Kathie Moore

Plaintiff:              **/s/ Bradley Keith Sleighter**

                Bradley Keith Sleighter
                82 50th SW, Apt. 323
                Wyoming, Michigan 49548