UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY KEITH SLEIGHTER,

        Plaintiff,         Case No. 1:12-cv-01008

v.         Honorable Gordon J. Quist

KENT COUNTY JAIL
ADMINISTRATION ET AL,

        Defendants.
_____

CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Bradley Keith Sleighter has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

**Motion to Dismiss Corizon Medical Services as Defendants - Docket # 16**

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Bradley Keith Sleighter files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED.


Date: March 8, 2013         /s/ Ellen S. Carmody
        ELLEN S. CARMODY
        United States Magistrate Judge

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY KEITH SLEIGHTER,

        Plaintiff,                    Case No. 1:12-cv-01008

v.                                    Honorable Gordon J. Quist

KENT COUNTY JAIL
ADMINISTRATION ET AL,

        Defendants.
_____

SIGNATURE PAGE FOR
[Motion to Dismiss Corizon Medical Services as Defendants] - [Docket # 16]

        The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

                                                      _____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.