**FILED - GR**
March 13, 2013 11:37 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __gt__/_____ SCANNED BY _____/____

Dear Court Clerk

1:12cv1008

   I forgot to attach this to
"First Amended Complaint", mailed at the
same time as this letter.

   Please attach, Thank you!


                          Sincerely
                          Brad Pleighter

Part of "First Amended Complaint" case number 1:12-cv-1008

# EXHIBIT #1

## MEDICAL PRESCRIPTION

### 1/16/2012

**From: Dr. Ricardo Garza**

**Ricardo Garza Quintero MD PC**
2000 Burton Road SE
Grand Rapids, MI 49506-4670
**(616) 245-1947          (616) 245-7151**

Ricardo GarzaQuintero MD
Lic #: RG067451   NPI #: 1528023421

**Name:** Sleighter, Brad
232 Himes SE
Wyoming, MI 49548

**DOB:**          5/5/1958

**Rx**                                                                                                          1/16/2012

methadone Oral Tablet 10 mg
SIG: take 3 tablets by oral route in the morning and 3 at night. The patient will be going out of the City; this is the reason I am going him this prescription.
Disp: (180) one hundred eighty  tablets with 0 refills

---

**NO MEDICATIONS PRESCRIBED BEYOND THIS POINT**

**# Medications Prescribed: (1) one**

_____
**Dispense As Written**

_____
**Product Selection Permitted**