UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
March 14, 2013 10:20 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __gr__/____ SCANNED BY: AM /3-14

BRADLEY KEITH SLEIGHTER,

        Plaintiff,                Case No. 1:12-cv-01008

v.                                Honorable Gordon J. Quist

KENT COUNTY JAIL
ADMINISTRATION ET AL,

        Defendants.

_____

SIGNATURE PAGE FOR
[Motion to Dismiss Corizon Medical Services as Defendants] - [Docket # 16]

        The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

*Bradley K. Sleighter*

3-12-13

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.