UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BRADLEY KEITH SLEIGHTER

                  Plaintiff,          Case No. 1:12-cv-001008

v                                      Hon. Gordon J. Quist
                                      U.S. District Judge

KENT COUNTY JAIL
ADMINISTRATION, and
CORIZON MEDICAL SERVICES,        Hon. Ellen S. Carmody
                  Defendants.     U.S. Magistrate Judge

_____

| | |
|---|---|
| Bradley Keith Sleighter (**In Pro Per**) | Kimberly A. Koester (P48967) |
| 82 50th SW, Apt. 323 | Ronald W. Chapman (P37603) |
| Wyoming, MI 49548 | CHAPMAN AND ASSOCIATES, P.C. |
| | Attorneys for Corizon Medical Services |
| Paul J. Greenwald (P25368) | 40950 N. Woodward Avenue., Suite 120 |
| Peter A. Smit (P27886) | Bloomfield Hills, MI 49304 |
| VARNUM LLP | (248) 644-6326 |
| Attorneys for Defendant Kent County Jail Administration | |
| Bridgewater Place | |
| 333 Bridge Street NW | |
| P.O. Box 352 | |
| Grand Rapids, MI 49401-0352 | |
| (616) 336-6000 | |

_____

## CERTIFICATE OF SERVICE

     I certify that on March 28, 2013, the Notice of Deposition *Duces Tecum* of Bradley Keith Sleighter was served on:

| | |
|---|---|
| Bradley Keith Sleighter | Ronald W. Chapman, Esq. |
| 82 50th SW, Apt. 323 | Chapman and Associates, P.C. |
| Wyoming, MI  49548 | 40950 N. Woodward Ave., Suite 120 |
| | Bloomfield Hills, MI  49304 |

by placing a true and correct copy in the United States mail, postage prepaid.

        By:    /s/ Peter A. Smit_____
            Peter A. Smit (P27886)
Business Address & Telephone:
    Bridgewater Place, P.O. Box 352
    Grand Rapids, MI  49501-0352
    (616) 336-6000

6008701_1.DOCX