UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY KEITH SLEIGHTER

        Plaintiff,                     Case No. 1:12-CV-1008

v.                                     HON. GORDON J. QUIST

KENT COUNTY JAIL
ADMINISTRATION, and
CORIZON MEDICAL SERVICES

        Defendants.
                                    /

## ORDER DISMISSING CORIZON MEDICAL SERVICES AS A PARTY

Plaintiff, Bradley Sleighter, has filed a voluntary Motion to Dismiss Corizon Medical Services (CMS) as a party to this case.  In support of his motion, Plaintiff states that CMS was "not the moving party that caused a violation of the Plaintiff's civil rights" as originally alleged in Plaintiff's Complaint (Docket no. 16, Page ID 77.)  Therefore, the Court will grant Plaintiff's motion.

Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss (docket no. 16) is **GRANTED**.  Defendant Corizon Medical Services is dismissed as a party to this case.


Dated:  April 5, 2013                              /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE