UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY KEITH SLEIGHTER,

    Plaintiff,

v.

KENT COUNTY JAIL
ADMINISTRATION,

    Defendant.
_____/

Hon. Gordon J. Quist

Case No. 1:12-cv-01008

## DEFICIENCY ORDER ON APPEAL

    Plaintiff has filed a Notice of Appeal but has failed to pay the $455.00 filing fee or to apply in the manner required by law to proceed *in forma pauperis* on appeal.  28 U.S.C. § 1915(a)(1); W.D. Mich. L.Civ.R. 3.4.  Local Rule 3.4(a) states in part, "All persons applying to proceed in forma pauperis in this Court or on appeal shall file with their complaint or notice of appeal a motion for leave to proceed in forma pauperis supported by the financial affidavit required under 28 U.S.C. § 1915(a)(1)."  Within 28 days from the date of this notice, Plaintiff must submit the $455.00 filing fee or, alternatively, file the required documents described above. The affidavit of indigency must include a statement of all assets that Plaintiff possesses, a statement that Plaintiff is unable to pay the fee or give security therefor, a statement of the nature of the action, and a statement of the affiant's belief that he or she is entitled to redress.  28 U.S.C. §§ 1915(a)(1).

    If Plaintiff fails to pay the filing fee or to file the required documents as described above, the appeal may be dismissed.

**IT IS SO ORDERED**.

Date: May 31, 2013         /s/ Ellen S. Carmody
                           ELLEN S. CARMODY
                           United States Magistrate Judge

**FILING FEES SHALL BE REMITTED TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**