# EXHIBIT 1

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BRADLEY KEITH SLEIGHTER

    Plaintiff,    Case No. 1:12-cv-001008

v    Hon. Gordon J. Quist
    U.S. District Judge

KENT COUNTY JAIL
ADMINISTRATOR, (KENT COUNTY
CORRECTIONAL FACILITY),    Hon. Ellen S. Carmody
    Defendant.    U.S. Magistrate Judge

---

Bradley Keith Sleighter **(In Pro Per)**
Kent County Correctional Facility
703 Ball Avenue NE
Grand Rapids, MI 49503

Kimberly A. Koester (P48967)
Ronald W. Chapman (P37603)
CHAPMAN AND ASSOCIATES, P.C.
Attorneys for Corizon Medical Services
40950 N. Woodward Avenue, Suite 120
Bloomfield Hills, MI 49304
(248) 644-6326

Paul J. Greenwald (P25368)
Peter A. Smit (P27886)
VARNUM LLP
Attorneys for Defendant Kent County Jail
Administrator (Kent County Correctional Facility)
Bridgewater Place
333 Bridge Street NW
P.O. Box 352
Grand Rapids, MI 49401-0352
(616) 336-6000

---

## AFFIDAVIT OF CAPTAIN RANDY DEMORY

STATE OF MICHIGAN )
    ) ss
COUNTY OF KENT )

  1.  I, Captain Randy Demory, am the Jail Administrator for the Kent County Correctional Facility.

2. Kent County and/or the Kent County Sheriff contract with outside companies or professionals to provide health care services at the Correctional Facility.

3. Consultation with those companies and professionals has taken place to make sure that medications and pain medications sufficient to treat medical conditions that inmates may have are available for use by medical providers at the Kent County Correctional Facility.

4. If an inmate needs medication or treatment not available at the Correctional Facility, the medical care professionals will order hospitalization or transfer to a care facility where such medication or treatment is available.

_____
Randy Demory

Subscribed and sworn to before me this
5th day of August, 2013.

_____
Notary Public
Kent County, Michigan
My commission expires: 06-27-2014

> ANDRES S CASTILLO
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF KENT
> My Commission Expires June 27, 2014

6355383_1.DOCX

2