Case 1:12-cv-01008-GJQ-ESC Doc #52 Filed 08/29/13 Page 1 of 3 Page ID#277

FILED - GR
August 29, 2013 10:26 AM
TRACEY CORDES, CLERK
U S DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY ald / _____ SCANNED BY /S 8/29

# UNITED STATES OF AMERICA
# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRADLEY KEITH SLEIGHTER,

    Plaintiff,

Case No. 1:12-cv-1008

Honorable Judge:
GORDON J. QUIST

v.

KENT COUNTY, by and through the
KENT COUNTY JAIL ADMINISTRATION,

    Defendants.

## MOTION FOR LEAVE OF COURT TO FILE ELECTRONICALLY WITH SUPPORTING BRIEF

Plaintiff comes before the Court on this motion petitioning permission to use, *pro se, in forma pauperis,* and *sui juris,* to have full access to the Court's Electronic Filing System and other technology of the Court, equally afforded the Defendants.

He seeks the same advantages and rights as enjoyed by the Defendants.

Plaintiff believes at this stage of proceeding, he is being subjected to an undue burden, by having to process paperwork, the incurred costs of printing, postage, and other related burdens that the Defendants are not subjected to.

34   Plaintiff states that in preparing this case for trial he has close to 1000 US Governmental
35 documents and reports that he will rely on to present his case at trial. He should not have to be
36 burdened with bringing his printed documents in a wheel barrel to the Court, while the
37 Defendants enjoy the advantage of one click access to Electronic Filling.

38   Plaintiff is taking full advantage of page limits in his filings and the introduction of
39 exhibits. This material will become more burdensome for both the Court to process and the
40 Plaintiff to manipulate as he currently is moving forward with five § 1983 litigation against the
41 Defendants; all based on the same legal theory, and supported by insurmountable evidence that is
42 published. He should not have to have the unfair disadvantage of having to produce paperwork
43 while the Defendants can utilize technology in their Court proceedings.

44   The Federal Court System allows, *pro se* parties, to file electronically, with leave of
45 Court. Plaintiff respectfully requests that the Honorable Court grant his motion to be able to file
46 electronically in all five of his pending litigations. He currently has a Pacer account.

47   Plaintiff would rather spend his limited resource, *in forma pauperis*, to process his filings
48 electronically than to be further burdened with paper filing.

49   He claims that all his litigations are in their infancy and in the interest of judicial
50 economy; justice should allow him leave of Court to file electronically and have equal access to
51 all technology that the Defendants enjoy, in their proceedings.

52   Plaintiff seeks to use the Court's technology because his cases would be prejudiced
53 without them.

He claims that, upon leave, it would not prejudice the Defendants in their defenses. In fact it should equally benefit them.

## CONCLUSION

Therefore, the Plaintiff respectfully request the Honorable Court to grant his <u>Motion for Leave of Court to File Electronically</u> as justice would so allow.

Respectfully Submitted: August 28, 2013

Bradley Keith Sleighter

## CERTIFICATE OF SERVICE

I, the Plaintiff, certify that I have delivered to the Defendant's Attorney of record, Varnumn LLP, a true and correct copy of this Brief by electronic means through the internet to the email address of record, pigreenwald@varnumlaw.com and also to the U.S. District Court for the Western District of Michigan on this 30th, day of August, 2013

Bradley Keith Sleighter
82 50th Street S.W., Apt. 323
Wyoming, Michigan 49548
Email: bradsleighter@gmail.com