UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BRADLEY KEITH SLEIGHTER

                          Plaintiff,          Case No. 1:12-cv-001008

v                                 Hon. Gordon J. Quist
                                 U.S. District Judge

KENT COUNTY JAIL
ADMINISTRATOR, (KENT COUNTY
CORRECTIONAL FACILITY),        Hon. Ellen S. Carmody
                  Defendant.     U.S. Magistrate Judge

---

Bradley Keith Sleighter  (**In Pro Per)**
82 50th S.W., Apt. 323
Wyoming, MI 49548

Paul J. Greenwald (P25368)
Peter A. Smit (P27886)
VARNUM LLP
Attorneys for Defendant Kent County Jail
Administrator (Kent County Correctional Facility)
Bridgewater Place
333 Bridge Street NW
P.O. Box 352
Grand Rapids, MI 49401-0352
(616) 336-6000

---

**BRIEF IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO FILE SECOND AMENDED COMPLAINT**

      The Defendant relies upon the argument and law previously stated in its Motion and Brief

in Support of its Motion for Summary Judgment (Docs. #47 and #48 filed August 7, 2013) and

its Response and brief in Support (Docs. #43 and #44 filed August 7, 2013) as if fully restated

and refiled in this document.

Respectfully submitted,

VARNUM LLP
Attorneys for Defendants Kent County Jail
Administrator (Kent County Correctional Facility)


Dated: September 11, 2013            By:__/s/  Paul J. Greenwald_____
                                         Paul J. Greenwald (P25368)
                                     Business Address and Telephone:
                                         Bridgewater Place, P.O. Box 352
                                         Grand Rapids, Michigan 49501-0352
                                         (616) 336-6000


*6453451_1.DOCX*

2