UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BRADLEY KEITH SLEIGHTER

                Plaintiff,        Case No. 1:12-cv-001008

v                                      Hon. Gordon J. Quist
                                      U.S. District Judge

KENT COUNTY JAIL
ADMINISTRATOR, (KENT COUNTY
CORRECTIONAL FACILITY),        Hon. Ellen S. Carmody
                Defendant.      U.S. Magistrate Judge

_____

Bradley Keith Sleighter  (**In Pro Per**)
82 50th S.W., Apt. 323
Wyoming, MI 49548

Paul J. Greenwald (P25368)
Peter A. Smit (P27886)
VARNUM LLP
Attorneys for Defendant Kent County Jail
Administrator (Kent County Correctional Facility)
Bridgewater Place
333 Bridge Street NW
P.O. Box 352
Grand Rapids, MI 49401-0352
(616) 336-6000
_____

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REASSIGN TO ONE CONTROLLING JUDGE

      The Plaintiff currently has five separate lawsuits pending before this Court.  They are in chronological order:

    1.    #1:12-cv-763      (Judge Janet Neff)
          Bradley Keith Sleighter v Kent County Jail Administration

    2.    #1:12-cv-910      (Judge Janet Neff)
          Bradley Keith Sleighter v Kent County Correctional Facility Administration, Corizon Medical Services*, Jon Hess and Randy Demory

*Corizon Medical Services was dismissed December 4, 2012

3. #1:12-cv-1008 (Judge Gordon Quist)
Bradley Keith Sleighter v Kent County Jail Administration and Corizon Medical Services*

*Corizon Medical Services was dismissed April 5, 2013

These three cases are in active litigation and #1 and #3 have motions for Summary Judgment pending and awaiting decision by the Court.

4. #1:13-cv-697 (Judge Janet Neff)
Bradley Keith Sleighter v Kent County Jail Administration, Michigan Department of Corrections, and the City of Wyoming, Michigan

5. #1:13-cv-847 (Judge Paul Maloney)
Bradley Keith Sleighter v Randy Demory

Case #4 and #5 have not yet been served on this Defendant or any defendant according to the docket reports in Pacer.

These five lawsuits have different parties.  Only #1 and #2 have a common subject matter (religious diets in a county jail).  Number 3 deals with medical treatment issues, #4 deals with law library and litigation support issues in county jails, and #5 deals with alleged retaliation actions against Plaintiff for filing lawsuits #1, #2, #3 and #4.

The Plaintiff has failed to state a valid reason under the Federal Rules of Civil Procedure to reassign any of these cases to a different judge.  He does not seek consolidation or joinder of these cases.  Case #1:13-cv-847 is not assigned to Judge Quist and should be properly addressed by Judge Maloney.  With the diverse parties and subject matters, consolidation or joinder would not be proper.

This motion is "Judge Shopping' in its purest form.  In his e-mail to the Defendants and their counsel (*Exhibit 1, page 2, fourth full paragraph*) the Plaintiff states that "Plaintiff was blessed with the appointment of the Honorable Judge Janet Neff . . . ."  The Plaintiff sees her as

favorable or bias in his support. While the Defendant disagrees with his assessment of Judge Neff, it is clear what Mr. Sleighter's reason is for seeking reassignment of this and all his cases to Judge Neff.

There is no reason to reassign any of these cases. In fact there is good reason not to do so. Case #1:12-cv-763 and Case #1:12-cv-1008 both are at the stage in which motions for Summary Judgment have been filed, responded to and are awaiting decision. Given the common subject matter and allegations, if #1:12-cv-763 is dismissed #1:12-cv-910 would also be subject to dismissal.

The Plaintiff is clearly seeking to "change horses in mid-stream" to get a judge <u>he</u> perceives as favorably bias in his favor and to avoid the Court making rulings on the pending motions.

The Defendants ask this Court to deny this motion to reassign this case to a different judge.

                                          Respectfully submitted,

                                          VARNUM LLP
                                          Attorneys for Defendant Kent County Jail Administrator (Kent County Correctional Facility)

Dated: September 12, 2013        By:\_\_\_/s/  Paul J. Greenwald_____
                                               Paul J. Greenwald (P25368)
                                        Business Address and Telephone:
                                             Bridgewater Place, P.O. Box 352
                                             Grand Rapids, Michigan 49501-0352
                                             (616) 336-6000

*6453544\_1.DOCX*