UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BRADLEY KEITH SLEIGHTER

                Plaintiff,        Case No. 1:12-cv-001008

v                                     Hon. Gordon J. Quist
                                     U.S. District Judge

KENT COUNTY JAIL
ADMINISTRATOR, (KENT COUNTY
CORRECTIONAL FACILITY),        Hon. Ellen S. Carmody
                Defendant.      U.S. Magistrate Judge
_____

Bradley Keith Sleighter  (**In Pro Per**)
82 50th S.W., Apt. 323
Wyoming, MI 49548

Paul J. Greenwald (P25368)
Peter A. Smit (P27886)
VARNUM LLP
Attorneys for Defendant Kent County Jail
Administrator (Kent County Correctional Facility)
Bridgewater Place
333 Bridge Street NW
P.O. Box 352
Grand Rapids, MI 49401-0352
(616) 336-6000
_____

## BRIEF IN SUPPORT OF DEFENDANT'S MOTION
## TO REASSIGN CASE TO DIFFERENT JUDGE

      The Plaintiff's motion (Doc #56) does not seek consolidation or joinder of any of the five pending matter.  He only asks that all five be assigned to Judge Neff.  Argument raised about Federal Rule of Civil Procedure 42, Federal Rule of Civil Procedure 21, and Federal Raul of Civil Procedure 20 is irrelevant.  He has not asked the Court for joinder or consolidation.

      Joinder or consolidation would simply be a device to prevent the Court from considering and ruling on two Motions for Summary Disposition.  Such motions have been filed and

responded to in Case #1:12-cv-763 and Case #1:12-cv-1008. Both motions have been pending for some time and both are simply awaiting decision by the Court.

Plaintiff's current motion (Doc #56) would maintain these cases as five separate cases but with one single judge. It seems to be a way to delay and perhaps avoid the Court making rulings on at least two dispositive motions.

Respectfully submitted,

VARNUM LLP
Attorneys for Defendant Kent County Jail Administrator (Kent County Correctional Facility)

Dated: September 12, 2013     By:__/s/ Paul J. Greenwald_____
                                      Paul J. Greenwald (P25368)
                              Business Address and Telephone:
                                      Bridgewater Place, P.O. Box 352
                                      Grand Rapids, Michigan 49501-0352
                                      (616) 336-6000

6461968_1.DOCX